No. 20. CHARLES P. BOWDITCH ET AL., PLAINTIFFS IN ERROR, *v.* THE JACKSON COMPANY ET AL. In error to the Superior Court of the State of New Hampshire. Argued October 22 and 25, 1915. Decided November 1, 1915.

*Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Oxley Stave Co.* v. *Butler County,* 166 U. S. 648; *Mallers* v. *Commercial Loan & Trust Co.,* 216 U. S. 613; *Appleby* v. *Buffalo,* 221 U. S. 524; *Cleveland & Pittsburgh R. R.* v. *Cleveland,* 235 U. S. 50. *Mr. Burton E. Eames* for the plaintiffs in error. *Mr. Frank S. Streeter* and *Mr. Edmund K. Arnold* for the defendants in error.